IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
JAN 30 2017
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

CHRISTOPHER D. BURGESS

Case No. 2:17mj52
Court Date: February 3, 2017

### CRIMINAL INFORMATION

(Misdemeanor)- Violation Notice No. 6685325

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 26, 2017, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, CHRISTOPHER D. BURGESS, did unlawfully drive and operate a motor vehicle while under the influence of alcohol and with a blood alcohol level concentration of at least .08 grams per 210 liters of breath but less than .15 grams per 210 liters of breath, as indicated by a chemical test, to wit: did have a blood alcohol concentration of .12 grams per 210 liters of breath.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266 and 18.2-270.)

Respectfully submitted,

Dana J. Boente
United States Attorney

By: *James T. Cole*

James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_/s/ James T. Cole_
James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

30 January 2017
Date